UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN P. HIGGINS,

    Plaintiff,

v.                              Case No: 6:14-cv-472-Orl-18KRS

WHITE SERVICES GROUP, INC. and
W. GENE WHITE,

    Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on review of the case for subject-matter jurisdiction. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Counts II and III of Plaintiff's amended complaint are **DISMISSED** with leave to refile in state court within the time permitted by 28 U.S.C. § 1367.

**DONE AND ORDERED** at Orlando, Florida, this 5 day of May, 2014.

                                              G. KENDALL SHARP
                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record